UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ROBERT WALKER,<br><br>     Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC; AND JPMORGAN CHASE BANK, N.A.,<br><br>     Defendants. | Case No. 1:23-cv-05027-LMM-JSA |

**EXPERIAN INFORMATION SOLUTIONS, INC.'S NOTICE OF WITHDRAWAL AS COUNSEL AND LEAD COUNSEL DESIGNATION**

In accordance with Northern District of Georgia Local Rule 83.1(E)(4), Victoria Dorfman, Esq. of the law firm Jones Day, hereby submits her Notice of Withdrawal as Counsel for Defendant Experian Information Solutions, Inc. ("Experian") in this matter. Ms. Dorfman respectfully requests that the Court terminate her as counsel of record for Experian in this action.

Further, Experian gives notice that the following attorney will serve as its lead counsel in this case upon the withdrawal of Ms. Dorfman:

Grant Edward Lavelle Schnell, Esq.
GA Bar No. 106794
JONES DAY
1221 Peachtree Street, N.E., Suite 400

Atlanta, GA 30361
Phone: (404) 581-8023
E-mail: gschnell@jonesday.com

Mr. Schnell has already filed a Notice of Appearance and is counsel of record for Experian.  *See* (ECF No. 76).

Respectfully submitted this 14th day of February, 2025.

         */s/ Victoria Dorfman*
         (*with permission*)
         Victoria Dorfman, Esq.
         (*Admitted Pro Hac Vice*)
         JONES DAY
         51 Louisiana Avenue, N.W.
         Washington, D.C. 20001
         Phone: (202) 879-3939
         Email: vdorfman@jonesday.com

         */s/ Grant Edward Lavelle Schnell*
         Grant Edward Lavelle Schnell, Esq.
         Georgia Bar No. 106794
         JONES DAY
         1221 Peachtree Street N.E., Suite 400
         Atlanta, Georgia 30361
         Phone: (404) 581-8023
         Email: gschnell@jonesday.com

         *Attorneys for Defendant*
         *Experian Information Solutions, Inc.*